MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
**VC2 LAW**
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@vc2law.com
       garrett@vc2law.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALICE PRICE, | Case No.: 2:22-cv-000573-APG-VCF |
| Plaintiff, | |
| v. | |
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY, a business entity, form unknown, licensed to do business in the State of Nevada; and DOES 1-10, and ROES 11-20 | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff ALICE PRICE ("Plaintiff") and Defendant AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY ("American Equity") (collectively, "Parties"), by and through their undersigned counsel of record, submit this Stipulation and Order to have the above referenced matter dismissed with prejudice, with each side to bear its own fees and costs.

…

…

…

…

…

1

THEREFORE, IT IS STIPULATED AND AGREED between the Parties, by and through their undersigned counsel, that this matter be dismissed with prejudice, with each side to bear its own fees and costs.

DATED this 21st day of July, 2023.

| | |
|---|---|
| **VC2 LAW** | **GREENBERG TRAURIG, LLP** |
| */s/ Michael C. Van* <br> MICHAEL C. VAN, ESQ. <br> Nevada Bar No. 3876 <br> GARRETT R. CHASE, ESQ. <br> Nevada Bar No. 14498 <br> 8985 South Eastern Avenue, Suite 100 <br> Las Vegas, Nevada 89123 <br> *Attorneys for Plaintiff* | */s/ Jon T. Neumann* <br> JON T. NEUMANN <br> Nevada Bar No. 12053 <br> SHALAYNE PILLAR, ESQ. (admitted pro hac vice) <br> 2375 E. Camelback Rd., Ste. 800 <br> Phoenix, AZ 85016 <br> *Attorneys for Defendant* <br> *American Equity Investment Life Insurance Company* |

## ORDER

Based upon the stipulation of the parties, it is ordered for this matter be dismissed with prejudice, with each side to bear its own fees and costs.

IT IS SO ORDERED:

Dated: July 24, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**VC2 LAW**
*/s/ Michael C. Van*
MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*